Nellie Sisco, as Administratrix, etc., Respondent, *v.* The Lehigh and Hudson River Railway Company, Appellant.

(Argued April 8, 1895; decided April 16, 1895.)

Motion to correct remititur. (See report of case, *ante*, page 296.)

*Isaac H. Maynard* and *John J. Beattie* for motion.

*John W. Lyon* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.